IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Hardin, Charmaine | Case Number: 05 B 49525 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 1/8/08 | Filed: 10/12/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion: October 18, 2007
Confirmed:  January 9, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,970.77 |  |
| Secured: |  | 5,155.78 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,910.00 |
| Trustee Fee: |  | 443.53 |
| Other Funds: |  | 461.46 |
| Totals: | 8,970.77 | 8,970.77 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,910.00 | 2,910.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Triad Financial Services | Secured | 15,296.21 | 4,787.65 |
| 4. | Countrywide Home Loans Inc. | Secured | 1,712.36 | 368.13 |
| 5. | Wells Fargo Fin Acceptance | Unsecured | 0.00 | 0.00 |
| 6. | World Financial Network Nat'l | Unsecured | 30.00 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 761.35 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 46.03 | 0.00 |
| 9. | Triad Financial Services | Unsecured | 207.37 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 430.70 | 0.00 |
| 11. | Capital One | Unsecured | 211.97 | 0.00 |
| 12. | Capital One | Unsecured | 77.92 | 0.00 |
| 13. | World Financial Network Nat'l | Unsecured | 52.17 | 0.00 |
| 14. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 15. | Michael D Fine | Unsecured |  | No Claim Filed |
| 16. | Spiegel | Unsecured |  | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 21,736.08 | $ 8,065.78 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 110.00 |
| 5% | 55.00 |
| 4.8% | 108.52 |
| 5.4% | 170.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hardin, Charmaine

Printed:  1/8/08

Case Number:  05 B 49525
Judge:  Hollis, Pamela S
Filed:  10/12/05

_____
$ 443.53

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____